**United States Court of Appeals**

**Fifth Circuit**

**F I L E D**

**April 23, 2004**

**Charles R. Fulbruge III**
**Clerk**

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

--------------------
No. 03-31021
Summary Calendar
--------------------

JERRY W HUDGENS

                    Plaintiff - Appellant

        v.

JO ANNE B BARNHART, COMMISSIONER OF SOCIAL SECURITY

                    Defendant - Appellee

--------------------
Appeal from the United States District Court
for the Middle District of Louisiana
USDC No. 00-CV-31-M1
--------------------

Before KING, Chief Judge, and HIGGINBOTHAM and WIENER, Circuit
Judges.

PER CURIAM:[*]

        Jerry W. Hudgens appeals a judgement affirming the
Commissioner of Social Security's determination that Hudgens is
not disabled within the meaning of the Social Security Act.
Hudgens argues that the Administrative Law Judge (ALJ) applied
the wrong legal standard and that the decision is contrary to the
evidence.  It is undisputed that Hudgens is currently disabled;
however, his application for disability benefits was denied on
the basis that he failed to establish that the disability existed

---

        [*]    Pursuant to 5ᵀᴴ CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5ᵀᴴ CIR. R.
47.5.4.

on December 31, 1991, the date that his insured status under the Social Security Act expired.

The ALJ applied the correct legal standard, and substantial evidence from medical records compiled by Hudgens' treating physician supports the ALJ's finding that Hudgens was capable of at least light work on the date that his insured status expired. Ripley v. Chater, 67 F.3d 552, 555 (5th Cir. 1995); Greenspan v. Shalala, 38 F.3d 232, 237 (5th Cir. 1994). The decision of the district court affirming the Commissioner's decision is AFFIRMED.

AFFIRMED.